FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Dunn, Alvin Russell<br><br>Defendant. | Case No.: SACR 05-0222-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Background ties unverified; lack of bail resources; substance abuse history; lack of amenability to supervision___

1
2
3    and/or
4 B.  ☒ The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7    finding is based on ___Criminal history record, which___
8    ___incl commission of new offense while___
9    ___under supervision; past gang___
10   ___affiliation; substance abuse history___
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __7/2/09__
17                             ROBERT N. BLOCK
                                UNITED STATES MAGISTRATE JUDGE